

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Jordan Ashley Benton,  * From the 42nd District Court
of Taylor County
Trial Court No. 27710A.

Vs. No. 11-19-00242-CR  * August 30, 2019

The State of Texas,  * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.